

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **HANNAH V. FADDIS**<br>*Senior Counsel*<br>phone: (212) 356-2486<br>fax: (212) 356-1148<br>hfaddis@law.nyc.gov |

December 3, 2019

**VIA ECF**
Honorable Frederic J. Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Emelda Fitzroy v. City of New York, et al.,
           16-CV-477 (FB) (ST)

Your Honor:

    I am a one of the attorneys assigned to represent the defendants The City of New York, John Falzarano, Thomas Smith, Michael Simone and Joseph Curto in the above-referenced matter. Defendants write to respectfully request that the Court endorse the attached subpoenas for plaintiff's medical records relating to the underlying incident from Richmond University Medical Center ("RUMC") and unsuppressed criminal history from the New York Division of Criminal Justice Services in advance of the trial of this matter scheduled to begin December 9, 2019.

    By way of background, plaintiff alleges *inter alia* that she was falsely arrested and subjected to excessive force on November 2, 2014. She is claiming various physical and emotional injuries as a result of that arrest and alleged use of force. During the course of discovery in this matter, defendants requested a release for plaintiff's medical records from RUMC, where she was treated on November 2, 2014. Defendants also requested that plaintiff execute a global release pursuant to N.Y. Crim. Proc. L. § 160.50, to permit defendants to obtain her complete criminal history.

    Due to an oversight during discovery, it seems that plaintiff never produced either of these releases. Discovery in this matter was handled primarily by prior attorneys of record for both plaintiff and defendants. Following the transfer of this matter to trial counsel, the defendants requested the omitted releases. Plaintiff's counsel agreed to produce both of these releases. However, apparently, due to an error in plaintiff's mailing address, her counsel was unable to deliver the releases to plaintiff until sometime the week of November 25, 2019. Defendants received this evening, December 2, 2019, by email, copies of both releases.

Defendants have not yet received the originals of those releases, which are dated December 2, 2019. (Attached hereto as Exhibit "A," with redactions.)

Due to the late receipt of these releases and the fact that defendants do not yet have the originals, defendants are respectfully requesting that the Court endorse the enclosed subpoenas for these records. (Attached hereto as Exhibit "B".) This request is made out of an abundance of caution to ensure that the custodians of these records will comply with requests for production in time for trial and, potentially, without the original releases.

Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/

Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Regina Darby, Esq.
*Attorney for Plaintiff*